UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ABCCO, L.L.C.,**
**Plaintiff,**                                                                          Case No. 10-14303
                                                                                                       Hon. Patrick J. Duggan

**Vs.**

**Michigan Regional Council of**
**Carpenters Fringe Benefit Funds,**
**Defendant.**
_____/
**Trustee's of Michigan Regional Council**
**Of Carpenters' Employee Benefits Fund,**
**Et al.,**
**Counterplaintiffs [sic],**

**Vs.**

**ABCCO, L.L.C. and Joseph Sciamanna,**
**Counterdefendants [sic].**
_____/

## CONSENT ORDER

**THIS MATTER** having come before the Court on the stipulation of the parties hereto, appearing through their respective counsel, the Court having reviewed the pleadings filed herein and being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED,** that Joseph Sciamanna is dismissed, without prejudice, as a third party defendant from this action.

**SO ORDERED.**

　　　　　　s/Patrick J. Duggan
　　　　　　Patrick J. Duggan
　　　　　　United States District Judge

Dated: May 26, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, May 26, 2011, by electronic and or ordinary mail.

　　　　　　s/Marilyn Orem
　　　　　　Case Manager