**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ABCCO, L.L.C.,
Plaintiff,

Case No.: 10-14303
Hon. Patrick J. Duggan

vs.

TRUSTEES OF MICHIGAN REGIONAL
COUNCIL OF CARPENTERS' EMPLOYEE
BENEFITS FUND; TRUSTEES OF
MICHIGAN REGIONAL COUNCIL OF
CARPENTERS' ANNUITY FUND; TRUSTEES
OF CARPENTERS' PENSION TRUST
FUND - DETROIT AND VICINITY; AND
TRUSTEES OF THE CARPENTERS'
VACATION FUND – DETROIT
AND VICINITY, THE MICHIGAN REGIONAL
COUNCIL OF CARPENTERS, UNITED
BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,
Defendants.
_____/

TRUSTEES OF MICHIGAN REGIONAL
COUNCIL OF CARPENTERS' EMPLOYEE
BENEFITS FUND; TRUSTEES OF
MICHIGAN REGIONAL COUNCIL OF
CARPENTERS' ANNUITY FUND; TRUSTEES
OF CARPENTERS' PENSION TRUST
FUND - DETROIT AND VICINITY; AND
TRUSTEES OF THE CARPENTERS'
VACATION FUND – DETROIT
AND VICINITY, THE MICHIGAN REGIONAL
COUNCIL OF CARPENTERS, UNITED
BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,
Counterplaintiffs,

vs.

ABCCO L.L.C.; and JOSEPH SCIAMANNA.
Counterdefendants.
_____/

**CONSENT ORDER AMENDING PRIOR ORDER FOR DISMISSAL OF JOSEPH SCIAMANNA**

**THIS MATTER** having come before the Court on the stipulation of the parties hereto, appearing through their respective counsel, the Court having reviewed the pleadings filed herein and being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED,** that this Court's prior order entered May 26, 2011 dismissing Joseph Sciamanna as a third party defendant from the above captioned action, without prejudice, is amended to provide for the dismissal of Joseph Sciamanna to be **with prejudice**.

**SO ORDERED.**

>s/Patrick J. Duggan
**Patrick J. Duggan**
**United States District Judge**

**Dated: June 29, 2011**
**I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, June 29, 2011, by electronic and or ordinary mail.**

>s/Marilyn Orem
**Case Manager**